**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI OXFORD DIVISION**

**L.L.D. LLC, ET AL.**                                                                **PLAINTIFFS**

**v.**                                     **CIVIL ACTION NO. 3:19-CV-46-GHD-JMV**

**ENPRO INDUSTRIES, INC., ET AL.**                                 **DEFENDANTS**

<u>**ORDER STAYING CASE**</u>

This matter is before the court as the parties to this action have advised the court, on the record, that a settlement agreement has been reached in this case. However, all the required settlement documents have not yet been executed. Therefore, this case is hereby STAYED for a period of sixty (60) days from today's date to the allow the finalization of all required settlement documents. The parties should immediately notify the court upon execution of all required settlement documents.

**SO ORDERED**, this, the 15th day of October, 2019.

                                                        /s/ Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE